THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK S. WELLER, Appellant.

*People* v. *Weller*, 98 App. Div. 623, affirmed.
(Argued January 26, 1905; decided February 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1904, affirming a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Charles F. Brown* and *Henry W. Hardon* for appellant.

*William Travers Jerome, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dissenting: BARTLETT and VANN, JJ.

---

WILLIAM O'CONNOR, Respondent, *v.* PETER BYRNE, Appellant.

*O'Connor* v. *Byrne*, 86 App. Div. 627, affirmed.
(Argued January 27, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1903, which reversed an order of the Onondaga County Court reversing a judgment of the Municipal Court of the city of Syracuse in favor of plaintiff and affirmed the judgment of the Municipal Court.

*E. Devine* for appellant.

*Henry B. Buck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Absent: WERNER, J.